# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JAMES WALTERS, SR.**                                                    **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:06-CV-48-HTW-JCS**

**REXON INDUSTRIAL CORPORATION**
**d/b/a REXON AMERICA and POWER TOOLS**
**SPECIALIST, INC., SEARS BRANDS, LLC**
**d/b/a CRAFTSMAN, SEARS ROEBUCK**
**and COMPANY**                                           **DEFENDANTS**
_____

## AGREED ORDER OF DISMISSAL WITH PREJUDICE
_____

The joint *ore tenus* Motion of the Plaintiff and the Defendants to dismiss this case with prejudice has come before the Court. Having considered the Motion, and having been advised that the parties have reached a settlement, the Court finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all claims are dismissed with prejudice. Each party is to bear its own costs.

**ORDERED** on this the 29th day of June, 2007.

                                       **s/ HENRY T. WINGATE**
                                       _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED:

s/ Kenneth C. Miller
Kenneth C. Miller, Esq.
DANKS, MILLER, HAMER & CORY
P.O. Box 12269
Jackson, Mississippi 39236-3101

**COUNSEL FOR PLAINTIFF**


s/ Joan L. Lucas
Walker W. Jones, III, Esq.
Joan L. Lucas, Esq.
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
4268 I-55 North, Meadowbrook Office Park
Post Office Box 14167
Jackson, Mississippi 39236-4167

**COUNSEL FOR DEFENDANTS**